SOLESBEE v. BROWN

No. 123 PC.

Case below: 25 N.C. App. 476.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.

STATE v. BINDYKE

No. 103 PC.

Case below: 25 N.C. App. 273.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 6 June 1975. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 6 June 1975.

STATE v. DEAS

No. 97 PC.

Case below: 25 N.C. App. 294.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.

STATE v. HOLMES

No. 127 PC.

Case below: 25 N.C. App. 581.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975.

STATE v. LANGLEY

No. 91 PC.

Case below: 25 N.C. App. 298.

Petition by State for writ of certiorari to North Carolina Court of Appeals denied 6 June 1975. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 6 June 1975.